FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARAE A. REILAND, a married person,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, INC., a foreign profit corporation, WAL-MART ASSOCIATES, INC., a foreign profit corporation, WAL-MART STORES EAST, LP, a foreign limited partnership, and WALMART, INC., a foreign profit corporation,<br><br>    Defendants. | NO. 1:19-CV-03132-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 20. The parties agree and stipulate that this case should be dismissed with prejudice in its entirety, without costs or fees to any part. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal, ECF No. 20, is **ACCEPTED and ENTERED into the record**.

**ORDER OF DISMISSAL** * 1

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** the file.

**DATED** this 17th day of June 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2